UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE AYON,<br><br>         Petitioner,<br><br>    v.<br><br>MICHAEL BENOV,<br><br>         Respondent. | Case No.:1:13-cv-01120-LJO-SAB (HC)<br><br>ORDER DENYING PETITIONER'S MOTION TO EXPEDITE THE PROCEEDINGS<br><br>(ECF No. 13) |

Petitioner is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

Petitioner filed the instant petition for writ of habeas corpus on July 19, 2013. On August 1, 2013, the Court directed Respondent to file a response to the petition within sixty days from the date of service of the order.

On August 12, 2013, Petitioner filed a motion to expedite a ruling on the instant petition for writ of habeas corpus. Petitioner contends that without an expedited ruling, he may be irreparably harmed by having to serve additional days in custody thereby mooting the instant petition. Petitioner is advised that the Court does not have an expedited calendar. Petitioner filed his case on July 19, 2013, and the Court ordered a timely response on August 1, 2013, which is currently pending a deadline of sixty days from the date of service. The Court is aware of Petitioner's pending petition and the nature of the claims raised therein. Nevertheless, the Court's docket of pending cases is

1

substantial, and the Court must act first on those matters that have been pending the longest. Petitioner is advised that the Court acts to resolve all pending cases in the most efficient manner possible and will do so in this case. Accordingly, Petitioner's motion to expedite the pending petition for writ of habeas corpus must be DENIED.

IT IS SO ORDERED.

Dated: __August 19, 2013__    _____
UNITED STATES MAGISTRATE JUDGE